Jeffrey Willis, Esq.
Nevada Bar No. 4797
Nathan G. Kanute, Esq.
Nevada Bar No. 12413
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: jwillis@swlaw.com
         nkanute@swlaw.com

*Attorneys for Plaintiff Wells Fargo Bank, N.A.
and Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A.; FEDERAL NATIONAL MORTGAGE ASSOCIATION, <br><br> Plaintiff, <br><br> vs. <br><br> LAS VEGAS DEVELOPMENT GROUP LLC; AIRMOTIVE INVESTMENTS LLC; NEVADA ASSOCIATION SERVICES, INC.; DESERT INN MOBILE FAMILY ESTATES OWNERS ASSOCIATION, foreclosing as DESERT INN MOBILE ADULT ESTATES OWNERS ASSOCIATION; <br><br> Defendants. | Case No. 2:17-cv-01534-JCM-CWH <br><br> **STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING SETTLEMENT** <br><br> **(FIRST REQUEST)** |

Plaintiffs Wells Fargo Bank, N.A. and Federal National Mortgage Association (collectively "Plaintiffs") and Defendants Las Vegas Development Group LLC and Airmotive Investments LLC (collectively, "Defendants", and jointly with Plaintiffs, the "Parties"), by and through their respective counsel, hereby stipulate and agree to stay the instant proceedings in their entirety pending settlement. In support of their request for a stay of proceedings, the Parties state as follows:

4836-9437-9124

Plaintiffs filed their Complaint [ECF No. 1] on May 31, 2017. Defendants then sought to have litigation reopened in front of the state court in the Eighth Judicial District of Nevada. The state court declined to reopen the case and Defendants have taken that decision up on appeal.

At this point, the Parties have agreed to settlement terms for this litigation and the matter pending before the Nevada Supreme Court. The Parties are working on documenting a settlement agreement. All essential terms have been agreed upon by the Parties. Given that the Parties have effectively settled the matter in its entirety, the Parties agree to stay any further proceedings. When settlement is finalized, the Parties will file a stipulated dismissal. If settlement terms are not finalized within 60 days of this stipulation, the Parties will submit a status report to the Court providing a further update regarding the status of the settlement. Based on the foregoing, the Parties respectfully request that the Court grant this stipulation and stay these proceedings.

Dated: September 24, 2018

SNELL & WILMER L.L.P.

By: /s/ Nathan G. Kanute
    Jeffrey Willis, Esq.
    Nathan G. Kanute, Esq.
    50 West Liberty Street, Suite 510
    Reno, NV 89501-1961
    *Attorneys for Plaintiffs*

Dated: September 24, 2018

ROGER P. CROTEAU & ASSOCIATES, LTD

By: /s/ Timothy E. Rhoda (with permission)
    Timothy E. Rhoda, Esq.
    9120 W. Post Rd.
    Las Vegas, NV 89148
    *Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: September 25, 2018

4836-9437-9124

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: September 24, 2018.

                                              /s/ Lara J. Taylor
                                        An Employee of Snell & Wilmer L.L.P.