James C. Mahan
U.S. District Judge

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WELLS FARGO BANK, N.A., et al., | Case No. 2:17-CV-1534 JCM (DJA) |
| Plaintiff(s), | ORDER |
| v. | |
| LAS VEGAS DEVELOPMENT GROUP, LLC., et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Wells Fargo Bank, N.A., et al v. Las Vegas Development Group LLC et al*, case no. 2:17-cv-01534-JCM-DJA.

On September 16, 2019, the court entered an order granting the plaintiffs' stipulation of dismissal with prejudice as to Las Vegas Development Group LLC and Airmotive Investments LLC. (ECF No. 26). Still pending in this matter are plaintiffs' claims against defendants Nevada Association Services, Inc. and Desert Inn Mobile Family Estates Owners Association.

However, neither Nevada Association Services, Inc. nor Desert Inn Mobile Family Estates Owners Association have answered plaintiffs' complaint. Accordingly, plaintiffs are ordered to file, within fourteen (14) days from the date of this order, either a notice of voluntary dismissal of its claims, or an appropriate motion to prosecute its remaining claims.

Accordingly,

IT IS SO ORDERED.

DATED September 16, 2019.

_____
UNITED STATES DISTRICT JUDGE